JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW GAZZENY,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, WARDEN,<br><br>    Respondent. | Case No. CV 08-08630 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Memorandum and Order.

Dated: February 3, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY